IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRIS C. WOOD, d/b/a CCW ELECTRIC,<br><br>  Plaintiff,<br><br>v.<br><br>STUART C. IRBY COMPANY, d/b/a IRBY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. CIV-22-387-SLP<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Before the Court is the Motion to Transfer Venue filed by Defendant/Counter Plaintiff Stuart C. Irby Company ("Irby") [Doc. No. 11]. Irby seeks to enforce the mandatory forum selection clause contained in the agreement between the parties. *See generally id.* Irby asks the Court to transfer this case to the U.S. District Court for the Southern District of Mississippi, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. §§ 1404(a), 1406(a). Plaintiff Chris C. Wood, d/b/a CCW Electric, consents to the transfer. *See* Notice [Doc. No. 15].

IT IS THEREFORE ORDERED that Irby's Motion to Transfer Venue [Doc. No. 11] is GRANTED. This case is transferred to the U.S. District Court for the Southern District of Mississippi, Northern Division.

IT IS SO ORDERED this 14th day of October, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE